# Paul L. D'Alessandro

# Proof of Income
# Filed pursuant to rule 1007-4

# Case No. 24-21491

**Social Security Administration**
**Retirement, Survivors, and Disability Insurance**
Notice of Change in Benefits

Mid-Atlantic Program
Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: June 29, 2024
BNC#:

PAUL LOUIS DALESSANDRO
26 AUDBERT DR
PITTSBURGH PA 15236

We are writing to give you new information about the disability benefits which you receive on this Social Security record.

**Your Benefits**

Our records show that you did not get SSI money for January 2021 through April 2024. We can refund all of the Social Security money withheld.

**What We Will Pay**

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- The next check you receive will be for $46,991.70, which is the money you are due through June 2024.
- After that, you will receive $1,969.00 on or about the fourth Wednesday of each month.

**Information About Medicare**

We will continue to deduct Medicare premiums from your monthly checks.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $7,200.00 from your past-due benefits to pay your representative.

SEE NEXT PAGE