IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Paul L D'Alessandro** Debtor | : : : : : : | Bankruptcy No. **24-21491** Chapter **13** Related to Document No. |
| **Paul L D'Alessandro** Movant v. No Respondent | : : : : : : : : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Kenneth Steidl 34965**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
 Signature
**Kenneth Steidl 34965**
Typed Name
**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

```
Baldwin Whitehall School District
c/o Jordan Tax Service Inc
PO Box 200
Bethel Park, PA 15102

Boro of Whitehall
c.o Jordan Tax Service Inc
PO Box 200
Bethel Park, PA 15102

PHFA
211 North Front Street
Harrisburg, PA 17101

PNC Bank
c/o KML Law Group
701 Market St
St #5000
Philadelphia, PA 19106

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

PNC Bank National Association
3232 Newmark Drive
Miamisburg, OH 45342

Tucker Arnesberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
```