**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Paul L. D'Alessandro

Case No. 24-21491-CMB

Chapter 13

Debtor(s).

Related to Doc. Nos. 24 & 43

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:   <u>The Trustee to correct a scrivener's error contained in the previously filed Order Confirming Plan at Doc 43. The previously submitted order contains an incorrect start date for the new monthly payment amount.</u>

- ☐ a motion to lift stay
  as to creditor   _____

- ☐ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>August 13, 2024</u>
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from to $3,465.00 per month, effective February 2025; and/or the Plan term shall be changed from ___ months to ____ months.               .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐ Other: _____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 27th day of February, 2025

SIGNED
2/27/25 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth Steidl
Kenneth Steidl (PA I.D. #34965)
Counsel to Debtor
Steidl & Steinberg
436 Seventh Avenue, Suite 322
Koppers Building
Pittsburgh, PA  15219
412-391-8000
ksteidl@steidl-steinberg.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:    All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                 Case No. 24-21491-CMB
Paul L D'Alessandro                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                       Page 1 of 3
Date Rcvd: Feb 27, 2025              Form ID: pdf900             Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul L D'Alessandro, 126 Audbert Dr, Pittsburgh, PA 15236-1934 |
| 15811253 | + | Allegheny County Treasurer, c/o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 15811254 | + | Baldwin Whitehall School District, c/o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 16426133 | + | Baldwin-Whitehall School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16423990 | + | Boro of Whitehall, c.o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 15811255 | + | Bureau of Whitehall, c.o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 15811257 | | Pennsylvania American Water Company, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 16423998 | + | Tucker Arnesberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 28 2025 01:21:00 | Borough of Whitehall, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 28 2025 01:21:00 | County of Allegheny, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: blegal@phfa.org | Feb 28 2025 01:22:00 | Pennsylvania Housing Finance Agency-Homeowner's Em, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 16431701 | + | Email/Text: ebnjts@grblaw.com | Feb 28 2025 01:21:00 | Borough of Whitehall, GRB Law, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16431699 | + | Email/Text: ebnjts@grblaw.com | Feb 28 2025 01:21:00 | County of Allegheny, GRB Law, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16427205 | + | Email/Text: jdryer@bernsteinlaw.com | Feb 28 2025 01:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15811256 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2025 01:23:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 16423994 | + | Email/Text: blegal@phfa.org | Feb 28 2025 01:22:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 15811260 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2025 01:21:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 16423997 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2025 01:21:00 | PNC Bank National Association, 3232 Newmark |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15811259 | | ^ MEBN | Feb 28 2025 00:02:30 | Drive, Miamisburg, OH 45342<br>PNC Bank, c/o KML Law Group, 701 Market St, St #5000, Philadelphia, PA 19106-1538 |
| 16427698 | | + Email/Text: blegal@phfa.org | Feb 28 2025 01:22:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 15811258 | | ^ MEBN | Feb 28 2025 00:02:39 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Please refer to IDNTFI Certification Statement |
| cr | *+ | Baldwin-Whitehall School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16423988 | *+ | Allegheny County Treasurer, c/o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 16423989 | *+ | Baldwin Whitehall School District, c/o Jordan Tax Service Inc, PO Box 200, Bethel Park, PA 15102-0200 |
| 16423991 | *+ | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 16423996 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 16425187 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16428251 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16423995 | *+ | PNC Bank, c/o KML Law Group, 701 Market St, St #5000, Philadelphia, PA 19106-1538 |
| 16423992 | * | Pennsylvania American Water Company, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 16423993 | * | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Please refer to IDNTFI Certification Statement blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Jeffrey Hunt | |

| | |
|---|---|
| | on behalf of Creditor Baldwin-Whitehall School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowner's Emergency Mortgage Assistance Program khousman@pkh.com |
| Kenneth Steidl | on behalf of Debtor Paul L D'Alessandro julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com |
| Richard Monti | on behalf of Creditor Borough of Whitehall rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10