**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PAUL L D'ALESSANDRO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:24-21491 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/18/2024 and confirmed on 10/01/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,284.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,284.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 974.63 | |
|    Trustee Fee | 1,157.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,131.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 935.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   BALDWIN-WHITEHALL SD (WHITEHALL B( | 27,115.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   WHITEHALL BOROUGH (RE) | 1,033.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   BALDWIN-WHITEHALL SD (WHITEHALL B( | 20,044.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 244.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   WHITEHALL BOROUGH (RE) | 666.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   WHITEHALL BOROUGH (SWG) | 3,449.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   WHITEHALL BOROUGH (SWG) | 1,323.88 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |
|   WHITEHALL BOROUGH (STORMWATER) | 512.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5G96 | | | | |

| 24-21491 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WHITEHALL BOROUGH (STORMWATER) | 449.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5G96 | | | | |
| PNC BANK NA | 68,641.85 | 9,047.90 | 3,261.99 | 12,309.89 |
| Acct: 0472 | | | | |
| PNC BANK NA | 11,963.47 | 1,377.70 | 0.00 | 1,377.70 |
| Acct: 3651 | | | | |
| PHFA-HEMAP(*) | 17,861.64 | 2,498.37 | 966.38 | 3,464.75 |
| Acct: 7827 | | | | |
| | | | | 17,152.34 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL L D'ALESSANDRO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,400.00 | 974.63 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY(*) | 354.76 | 0.00 | 0.00 | 0.00 |
| Acct: 3761 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

**TOTAL PAID TO CREDITORS**  17,152.34

TOTAL CLAIMED
PRIORITY           0.00
SECURED    154,241.91
UNSECURED      354.76

Date: 11/06/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com